IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA CARDONA LOPEZ and PEDRO FERREIRA, | § § § | |
| Plaintiffs, | § § § | |
| V. | § § | No. 3:22-cv-2034-N |
| ROSA SALAZAR d/b/a ROSA'S CLEANER SERVICES, | § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 26th day of May, 2023.

_____
DAVID C. GODBEY
CHIEF U.S. DISTRICT JUDGE